IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DELONEY and PEGGY DELONEY                                    PLAINTIFF

VS.                                CASE NO. 15-CV-4104

DENNIS CHASE, CHASEMASTER
CORPORATION, WILLIAM HALLACK, JR.,
RONALD NOVACK, JR., and JULI ANNE
NOVACK                                                             DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. (ECF No. 18). Plaintiffs seek to voluntarily dismiss their claims against Separate Defendants Ronald Novack, Jr. And Juli Anne Novack due to an inability to effect service of process.  Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**.  Plaintiffs' claims against Separate Defendants Ronald Novack, Jr. And Juli Anne Novack should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 28th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge