IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DELONEY and
PEGGY DELONEY                                                                     PLAINTIFFS

V.                                       CASE NO. 4:15-CV-4104

DENNIS CHASE and
CHASEMASTER CORPORATION                                                DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Second Supplemental Motion for Default Judgment as to Defendants Dennis Chase and Chasemaster Corporation. ECF No. 34. Plaintiffs again seek recovery under theories of promissory estoppel, unjust enrichment/assumpsit, and conversion in the alternative, but seek redress under theories of breach of fiduciary duty and fraud "[i]n addition to Plaintiffs' other claims." Regardless, the Court has considered these claims and finds that Plaintiffs have not adequately supported their claims of breach of fiduciary duty or fraud. Therefore, because the Court has granted relief on Plaintiffs' breach-of-contract claim and Plaintiffs have failed to sufficiently support their breach of fiduciary duty and fraud claims, the Court finds that Plaintiffs' Second Supplemental Motion for Default Judgment as to Defendants Dennis Chase and Chasemaster Corporation (ECF No. 34) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 11th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge