IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DELONEY and
PEGGY DELONEY                                                                    PLAINTIFFS

V.                              CASE NO. 4:15-CV-4104

DENNIS CHASE and
CHASEMASTER CORPORATION                                                DEFENDANTS

## **JUDGMENT**

In accordance with the Court's Order of even date, the Court finds that judgment should be entered in favor of Plaintiffs Jerry Deloney and Peggy Deloney. Plaintiffs shall recover from Defendants Dennis Chase and Chasemaster Corporation a default judgment in the amount of $142,527.00 and attorney's fees and costs in the amount of $5,520.00 for a total of $148,047.00.

**IT IS SO ORDERED**, this 11th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge